UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS WILBERT BOYD, JR.                          CIVIL ACTION

VERSUS                                           NUMBER: 09-7647

KELLY LASHER, ET AL.                             SECTION: "I"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed pursuant to 28 U.S.C §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this __3rd__ day of February, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE